OFD (5/9/07) psr

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

November 10, 2009

Clerk, U.S. Bankruptcy Court

BY **psr** DEPUTY

In re
**Eugene Tyrone Alwine**
**Bobbi Lee Alwine**
   Other names used by debtor:Gene Alwine
Debtor(s)

) Case No. **09−39313−rld13**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
) **(NOTE:** *ALL DOCUMENTS MUST*
) *BOTH* **(1) SHOW THE ABOVE**
) *CASE NUMBER* AND *(2) EACH*
) *DEBTOR NAME)*

*The above−entitled* **CASE FILED ON 11/10/09** *had deficiencies* **WHICH WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE TO THE DEBTOR(S) IF NOT COMPLETELY AND ACCURATELY CORRECTED IN ALL RESPECTS AS ORDERED BY THIS DOCUMENT. NOTE:** FAILURE TO COMPLY WITH THE FOLLOWING ORDER MAY MAKE THE DEBTOR(S) INELIGIBLE TO FILE ANOTHER PETITION FOR 180 DAYS PURSUANT TO 11 USC §109(g)(1)!

**IT IS THEREFORE ORDERED** that the **DEBTOR(S) MUST** fully and accurately complete AND FILE each document listed below, using the current version of any form, within the time frame specified for such document (i.e., **NOT** per any other date in PACER, etc.):

A. Each document or other item listed below **MUST BOTH:** (1) show the above case number/name, **AND** (2) be filed within **5 (five) days** of the *"FILED"* date of this Order above, and all such listed documents or other items that were filed on that *"FILED"* date, except the original Petition, are stricken for the reason(s) specified below:

   **NONE**

B. Each document or other item listed below **MUST BOTH:** (1) show the above case number/name, **AND** (2) be filed within **15 days** of the *"CASE FILED"* date above, and all such listed documents or other items that were filed on that *"CASE FILED"* date are stricken for the reason(s) specified below:

   **The applicable version(s) of the Summary of Schedules (Official Form #B6, INCLUDING PAGE 2 IF INDIVIDUAL DEBTOR(S)), all Schedules required for the debtor(s) (e.g., A−J), AND a SIGNED Unsworn Declaration to Schedules; AND a Statement of Financial Affairs, AND a SIGNED Unsworn Declaration to Statement of Financial Affairs. [NOTE: If either a SIGNED Unsworn Declaration to Schedules, and/or a SIGNED Unsworn Declaration to Statement of Financial Affairs was not filed with the Petition, then either the Summary of Schedules and any Schedules, and/or Statement of Financial Affairs, filed with the Petition are not considered properly filed.] (Fed. Rules Bankr. Proc. 1007 & 1008)**

   **NOTE: The accuracy and completeness of the creditor Schedules (i.e., D−H), and the required mailing matrix which includes all entities listed on such Schedules, are the debtor's responsibility. Such Schedules will not be compared with any mailing matrix. Entities listed on Schedules D−H that were NOT listed on the mailing matrix filed with the debtor's Petition MUST BE ADDED USING Local Form #728 UNLESS the ONLY change is to correct a PREVIOUSLY listed creditor's address, or attorney for a PREVIOUSLY listed creditor. (Local Bankr. Rule 1009−1.)**

   **A SIGNED, and FULLY COMPLETED Statement of Current Monthly Income (for example, an amount MUST be entered for the debtor's "Current Monthly Income"), must be filed on the current Official Form applicable in this case (i.e., #B22A for Chap. 7, #B22B for Chap. 11 or #B22C for Chap. 13). [NOTES: (1) If filing #B22A in a Chap. 7, a box at the top of page one of that form MUST be checked. (2) Do NOT file with the court a copy of ANY additional documentation that supports the filed Statement and which is required to be provided to the trustee, but INSTEAD send it to the U.S. Trustee if a Chap. 7 case, or to the case trustee if a Chap. 13 case.] (Local Bankr. Rule 1007−1(c))**

   **A Ch. 13 Plan. You must use the current version of Local Form #1300.05. If you filed one with the**

**Petition, then it was defective in some way (e.g., it was not on a current or correct Local Form, not signed, had text impermissibly altered or stricken, etc.). (Local Bankr. Rule 3015–1)**

C. Each document or other item(s) listed below **MUST <u>BOTH:</u>** (1) show the above case number/name, **AND** (2) be filed within **30 days** of the ***"CASE FILED"*** date above:

   **NONE**

D. **[<u>NOTE:</u>** *It is highly recommended that you constantly monitor this court's website at www.orb.uscourts.gov in order to stay current regarding updates to local court rules, forms, fees, procedures, etc!]*

Clerk, U.S. Bankruptcy Court