1  Andrew R. Naylor, OSB No. 07443
   anaylor@sglaw.com
2  Saalfeld Griggs PC
   PO Box 470
3  Salem, OR 97308-0470
   Tel: (503) 399-1070
4  Of Attorneys for Creditor Columbia River Bank

5

6                    UNITED STATES BANKRUPTCY COURT

7                        FOR THE DISTRICT OF OREGON

8  In re
9                                              Case No. 09-39313-rld13
    EUGENE TYRONE ALWINE AND BOBBI LEE
10  ALWINE,                                    COLUMBIA RIVER BANK'S OBJECTION TO
                                               CONFIRMATION
11                 Debtors.

12

13

14        COMES NOW Columbia River Bank (hereinafter "**Columbia River**") and objects to

15  confirmation of the proposed Chapter 13 plan (hereinafter the "**Plan**"), as amended, and filed by

16  Debtors Eugene Tyrone Alwine and Bobbi Lee Alwine (collectively hereinafter the "**Debtors**")

17  on or about November 23, 2009 (**Docket #13**).

18                              **BACKGROUND**

19        On or about August 15, 2007, Debtor Bobbi Alwine for value received, duly made,

20  executed, and delivered to Columbia River a certain Note, Disclosure and Security Agreement

21  (hereinafter the "**Alwine Loan**") in the principal sum of $22,055.00, together with interest

22  accruing at the rate set forth in the Alwine Loan.  The Alwine Loan was a executed for the

23  purpose of allowing Debtor Bobbi Alwine to purchase a certain 2005 Ford Truck F150 Supercab,

24  VIN 1FTPX145X5NA15718 (hereinafter the "**2005 Ford**").  The Alwine Loan was for personal,

25  family or household use.

26        As security for repayment of the obligations owing under the Alwine Loan, Debtor Bobbi

PAGE – 1   COLUMBIA RIVER BANK'S OBJECTION TO CHAPTER 13 PLAN
H:\Docs\20500-20999\20673\BK Docs\Obj. Plan\Litg.Objection.Plan.doc

SAALFELD GRIGGS PC
LAWYERS
PO BOX 470  SALEM OR 97308-0470  TEL: (503) 399-1070
Case 10-31675-rld13    Doc 19    Filed 01/11/10

Alwine executed and delivered to Columbia River, for good and valuable consideration, a certain security agreement and pledging title to the 2005 Ford. Columbia River duly perfected its security interest in the 2005 Ford by having its name recorded on the vehicle's certificate of title.

On or about March 24, 2008, 9-Mile Construction & Excavation, Inc. (hereinafter "**9-Mile**"), an entity owned and operated by Debtor Eugene Tyrone Alwine, for value received, duly made, executed, and delivered to Columbia River a certain Promissory Note (hereinafter the "**Note**") in the principal sum of $8,000.00, together with interest accruing at the rate set forth in the Note.

As security for repayment of the obligations owing under the Note, 9-Mile executed and delivered to Columbia River, for good and valuable consideration, a certain security interest in a 1999 Ford Truck F35, VIN 1FTWW33F0XEE66812 (hereinafter the "**1999 Ford**"). Columbia River duly perfected its security interest in the 1999 Ford by having its name recorded on the vehicle's certificate of title. Debtors have proposed to pay the Note in full pursuant to the terms and conditions of the proposed Plan. Columbia River does not object to Debtors' proposed treatment of this obligation.

### POINTS AND AUTHORITIES

### A. Debtors' Plan Fails to Provide for Columbia River's Secured Claim

Debtors' Plan violates the "hanging-paragraph" provisions of 11 U.S.C. § 1325(a) by not properly providing for CRB's claim under the Alwine Loan. Pursuant to 11 U.S.C. § 1325(a):

> For purposes of paragraph (5), section 506 shall not apply to a claim described in that paragraph if the creditor has a purchase money security interest securing the debt that is the subject of the claim, the debt was incurred within the 910-day [sic] preceding the date of the filing of the petition, and the collateral for that debt consists of a motor vehicle (as defined in section 30102 of title 49) acquired for the personal use of the debtor, or if collateral for that debt consists of any other thing of value, if the debt was incurred during the 1-year period preceding that filing.

Here, the Alwine loan was incurred within 910-days from the date of the petition filing. The Alwine Loan was acquired for Debtor Bobbi L. Alwine's personal use. The Alwine Loan

PAGE – 2  COLUMBIA RIVER BANK'S OBJECTION TO CHAPTER 13 PLAN
H:\Docs\20500-20999\20673\BK Docs\Obj. Plan\Litg.Objection.Plan.doc

**SAALFELD GRIGGS PC**
LAWYERS
PO BOX 470  SALEM OR 97308-0470  TEL: (503) 399-1070
Case 10-31675-rld13    Doc 19    Filed 01/11/10

was incurred to allow Debtor Bobbi L. Alwine to purchase the 2005 Ford. To secure repayment of the Alwine Loan, Debtor Bobbi L. Alwine granted Columbia River a security interest in the 2005 Ford. Therefore, Columbia River has a purchase money security interest in the 2005 Ford. Debtors' proposed Plan fails to adequate provide for Columbia River's claim under the Alwine Loan. As such, it is in violation of 11 U.S.C. § 1325(a) and should be amended accordingly.

**B. Reservation of Further Objections.**

Columbia River expressly reserves the right to raise additional objections to the Plan at the confirmation hearing.

**CONCLUSION**

For the reasons discussed above, this Court should deny confirmation of Debtors' proposed Plan.

Dated this 11th day of January, 2010.

SAALFELD GRIGGS PC

By    /s/ Andrew R. Naylor
_____

ANDREW R. NAYLOR, OSB #07443
Of Attorneys for Creditor Columbia
River Bank

**SAALFELD GRIGGS PC**
LAWYERS
PO BOX 470 SALEM OR 97308-0470  TEL: (503) 399-1070

Case 10-31675-rld13    Doc 19    Filed 01/11/10

Andrew R. Naylor, OSB No. 07443
anaylor@sglaw.com
Saalfeld Griggs PC
PO Box 470
Salem, OR 97308-0470
Tel: (503) 399-1070
Of Attorneys for Creditor Columbia River Bank

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

EUGENE TYRONE ALWINE AND BOBBI LEE
ALWINE,

                    Debtors.

Case No. 09-39313-rld13

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2010, I served a certified true copy of the **COLUMBIA RIVER BANK'S OBJECTION TO CONFIRMATION**, and supporting documentation, by electronic means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each registered user of such system. According to the system, this includes:

- PATTI H BASS      ecf@bass-associates.com
- Brian D. Lynch      c0urtmai1@portland13.com, c0urtmai1@portland13ct.com
- ANDREW R NAYLOR      anaylor@sglaw.com, epaetsch@sglaw.com
- TODD TRIERWEILER      orecf@bankruptcylawctr.com, orecf@whiz.to
- US Trustee, Portland      USTPRegion18.PL.ECF@usdoj.gov
- JAMES ^MIERSMA      ecfor@rcflegal.com

I further certify that on the 11th day of January, 2010, I served copies of the foregoing documents on the following persons:

PAGE – 4  COLUMBIA RIVER BANK'S OBJECTION TO CHAPTER 13 PLAN
H:\Docs\20500-20999\20673\BK Docs\Obj. Plan\Litg.Objection.Plan.doc

**SAALFELD GRIGGS PC**
LAWYERS
PO BOX 470  SALEM OR 97308-0470  TEL: (503) 399-1070

Case 10-31675-rld13    Doc 19    Filed 01/11/10

by mailing a true and correct copy to the last known address of each person listed. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the US Postal Service in Salem, Oregon.

Dated this 11th day of January, 2010.

**SAALFELD GRIGGS** PC

By    /s/ Andrew R. Naylor

ANDREW R. NAYLOR, OSB #07443
Of Attorneys for Creditor Columbia
River Bank

H:\Docs\20500-20999\20673\BK Docs\Obj. Plan\Litg.Objection.Plan.doc

**SAALFELD GRIGGS PC**
LAWYERS
PO BOX 470  SALEM  OR  97308-0470  TEL: (503) 399-1070