Alex I. Poust, OSB #925155
Email: apoust@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

Of Attorneys for Creditor, CNH Capital America LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Eugene Tyrone Alwine**,<br><br>Debtor. | Chapter 13<br><br>No. 09-39313-rld13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN DATED NOVEMBER 23, 2009**<br><br>Hearing Date: January 28, 2010<br>Hearing Time: 9:00 a.m.<br>Hearing Location: US Bankruptcy Court, Courtroom # 3 |

CNH Capital America LLC ("CNH") objects to confirmation of the debtor's proposed Chapter 13 Plan dated November 23, 2009 (the "Plan"), on the grounds that is does not accurately state the full amount of CNH's claim. In support of this objection, CNH alleges as follows:

1.  On or about August 2, 2005, debtor Eugene Tyrone Alwine ("Alwine") executed a Retail Installment Contract and Security Agreement for the purchase of a Hitachi Excavator, Model EX120-3, serial number 42564 ("2005 Agreement"). Under the terms of the 2005 Agreement, Alwine agreed to make monthly of $653.35 beginning on September 15, 2005, with

Page 1 of 4-  OBJECTION TO CONFIRMATION OF CHAPTER 13
             PLAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/109167/174169/SCC/5567990.1

Case 10-31675-rld13    Doc 22    Filed 01/25/10

1   a final payment of $652.67 due on August 15, 2010.

2        2.   On or about November 30, 2004, 9-Mile Construction & Excavation, Inc. ("9-Mile"), Alwine's company, executed a Retail Installment Contract and Security Agreement for the purchase of a Takeuchi Track Loader, Model TL130, serial number 21301629 ("2004 Agreement"). Under the terms of the 2004 Agreement, 9-Mile agreed to make four monthly payments in the amount of $709.14 beginning on January 14, 2005, with a final payment of $708.83 due on or before December 14, 2009.

        3.   On or about March 7, 2006, Alwine executed a Retail Installment Contract and Security Agreement on behalf of 9-Mile for the purchase of a Takeuchi Excavator, Model TB145, Serial Number 14514744 ("2006 Agreement"). Under the terms of the 2006 Agreement, 9-Mile agreed to make monthly payments in the amount $954.54 beginning on April 20, 2006, with a final payment of $954.09 due on or before March 20, 2011.

        4.   The Agreements are cross collateralized. At the time of filing, Alwine owed $46,826.57.

        5.   In paragraph 2 of the Plan, Alwine lists the value of CNH's collateral as $32,000.00.

        6.   CNH objects to the confirmation of the Plan and its treatment of the collateral securing the 2004 Agreement and the 2006 Agreement (collectively, the "9-Mile Agreements") on the basis that Alwine does not have an interest in the collateral secured by the 9-Mile Agreements. In paragraph 2 of the Plan, Alwine identifies the Takeuchi Track Loader TL130 as collateral of the bankrupt estate. Alwine, however, does not have an interest in the collateral securing the 2004 Agreement because 9-Mile, not Alwine, executed the 2004 Agreement. Similarly, in paragraph 2 of the Plan, Alwine identifies the Takeuchi Excavator TB145 as collateral of the estate. Likewise, Alwine lacks any interest in the collateral securing the 2006 Agreement as 9-Mile executed the 2006 Agreement. CNH reserves the right to pursue its remedies against 9-Mile under the 9-Mile Agreements.

Page 2 of 4- OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/109167/174169/SCC/5567990.1

Case 10-31675-rld13    Doc 22    Filed 01/25/10

7. In the event that the court finds that Alwine has an interest in the collateral securing the 9-Mile Agreements, CNH objects to confirmation of the Plan on the basis that the value of CNH's collateral is $53,500.00. CNH is entitled to payment of the full amount of its claim, plus post-confirmation interest at the rate of 9.5% per annum.

8. Notwithstanding the court's treatment of the 9-Mile Agreements, CNH further objects to confirmation of the Plan on the basis that the value of CNH's collateral under the 2005 Agreement is $28,000.00. CNH is entitled to payment of the full amount of its claim, plus post-confirmation interest at the rate of 9.5% per annum.

Dated this 25th day of January, 2010.

SCHWABE, WILLIAMSON & WYATT, P.C.

By:    /s/ Alex I. Poust
Alex I. Poust, OSB #925155
apoust@schwabe.com
Facsimile: 503.796.2900
Of Attorneys for Creditor, CNH Capital America LLC

Page 3 of 4- OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

PDX/109167/174169/SCC/5567990.1

Case 10-31675-rld13    Doc 22    Filed 01/25/10

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2010, I served the foregoing OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN:

by delivering a true and correct copy thereof via ECF to:

- PATTI H BASS    ecf@bass-associates.com
- Brian D. Lynch    c0urtmai1@portland13.com, c0urtmai1@portland13ct.com
- ANDREW R NAYLOR    anaylor@sglaw.com, epaetsch@sglaw.com
- ALEX I POUST    apoust@schwabe.com, dsalt@schwabe.com;docket@schwabe.com
- TODD TRIERWEILER    orecf@bankruptcylawctr.com, orecf@whiz.to
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov
- JAMES ^MIERSMA    ecfor@rcflegal.com

DATED this 25th day of January, 2010.

/s/ Alex I. Poust
Alex I. Poust, OSB #925155

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
503.222.9981

PDX/109167/174169/SCC/5567990.1

Case 10-31675-rld13    Doc 22    Filed 01/25/10