ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE   (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Randall L. Dunn
Chapter 13

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

Eugene Tyrone Alwine and
Bobbi Lee Alwine,

Debtors.

Case No. 09-39313-rld13

OBJECTION TO CONFIRMATION
By WELLS FARGO BANK, NA, ITS
SUCCESSOR IN INTEREST, AGENTS,
ASSIGNEES AND/OR ASSIGNORS

COMES NOW Wells Fargo Bank, NA, its successor in interest, agents, assignees and/or assignors, ("Creditor"), and objects to confirmation of Eugene Tyrone Alwine and Bobbi Lee Alwine's ("Debtor" collectively hereafter) proposed Chapter 13 plan (the "Plan").

## I.   BACKGROUND

On or about October 10, 2007, Eugene Tyrone Alwine and Bobbi Lee Alwine, executed and delivered a Promissory Note ('Note') in favor of Sierra Pacific Mortgage Company, Inc. in the original principal amount of $360,000.00.  This Note was secured by a Deed of Trust ('Deed') encumbering real property commonly described as 28281 S. Dalmation Mulino, OR 97042 ('Property').

The outstanding principal balance due on the Note as of filing was approximately $352,877.88.  As of the same date the loan was contractually due for the July 1, 2009 payment.  See Creditor's proof of claim for exact amounts.  The pre-petition arrears, including payments, late charges, escrow advances and accrued fees and costs are $14,156.68 as detailed in Creditor's proof of claim.

## II.   AUTHORITY AND ARGUMENT

Creditor objects to confirmation of the proposed Chapter 13 plan because the plan does not provide for cure of the pre-petition loan arrearage claim.  Pursuant to 11 U.S.C. § 1322 (b)(5), the plan must provide for the cure of an existing default within a reasonable time.  As stated above, the pre-petition loan arrearage claim

Objection to Confirmation
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121  ◆  FACSIMILE (425) 458-2131

Case 10-31675-rld13    Doc 24    Filed 01/26/10

is $14,156.68. The debtors must provide for cure of the loan arrearage claim. Should the Debtor be unable to cure the arrearage immediately outside the Plan, the Plan must be amended to provide for the arrearage.

WHEREFORE, Creditor respectfully requests the Court deny confirmation of the proposed Chapter 13 plan.

DATED January 26, 2010.

**ROUTH CRABTREE OLSEN, P.S.**
ATTORNEYS AT LAW
Attorneys for Creditor


/s/ Jennifer Aspaas
By: Jennifer Aspaas, OSB #032357

Objection to Confirmation
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 10-31675-rld13    Doc 24    Filed 01/26/10

The Honorable Judge Randall L. Dunn

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re: | Chapter 13 Bankruptcy |
|---|---|
| Eugene Tyrone Alwine and Bobbi Lee Alwine, | No.: 09-39313-rld13 |
| | CERTIFICATE OF MAILING |
| Debtors. | |

CERTIFICATE OF MAILING

I hereby certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the Objection to Confirmation postage pre-paid, regular first class mail on the 26th day of January 2010, to the parties listed on the attached exhibit.

DATED this 26th day of January 2010.

/s/ Tara Fairchild
Assistant to Attorney

Certificate of Mailing
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 10-31675-rld13    Doc 24    Filed 01/26/10

| | |
|---|---|
| 1 | |
| 2 | Eugene Tyrone Alwine<br>28281 S. Dalmation Rd.<br>Mulino, OR 97042 |
| 3 | |
| 4 | Bobbi Lee Alwine<br>28281 S. Dalmation Rd.<br>Mulino, OR 97042 |
| 5 | |
| 6 | TODD TRIERWEILER<br>4721 Northeast 102nd Avenue<br>Portland, OR 97220 |
| 7 | |
| 8 | Brian D. Lynch<br>Chapter 13 Trustee<br>1300 Southwest 5th, #1700<br>Portland, OR 97201 |
| 9 | |
| 10 | |
| 11 | Columbia River Bank |
| 12 | |
| 13 | |
| 14 | , |
| 15 | |
| 16 | , |
| 17 | |
| 18 | , |
| 19 | |
| 20 | , |

Certificate of Mailing – Exhibit
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 10-31675-rld13    Doc 24    Filed 01/26/10