1/28/10  09:00 AM  Courtroom #3, Portland

---

**09-39313  13**  Eugene Tyrone Alwine  AND  Bobbi Lee Alwine

### Chapter 13 Confirmation Hearing

Bobbi Lee Alwine - db
Eugene Tyrone Alwine - db
Bobbi Lee Alwine - db  TODD  TRIERWEILER
Eugene Tyrone Alwine - db
Brian D. Lynch - tr

By:  STEF  On:  2/1/2010  RECORD OF PROCEEDING

Parties Present
T Trierweiler
A Proust
B Lynch

Pending objections from Trustee - feasibility

CNH Capital America LLC - Objection
Wells Fargo Bank - Objection
GMAC - Objection
Columbia River Bank - Objection
Mrs Alwine will convert to Ch 7
Adjourned Confirmation / RFS Evidentiary  CNH 3/11 2:30
Preliminary RFS removed from 2/2/10 calendar

Case 10-31675-rld13   Doc 27   Filed 01/28/10