IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In Re: )
 )
**Eugene Tyrone Alwine** ) Case No. 09-39313-rld13
**Bobbi Lee Alwine** )
 ) **MOTION TO DISMISS**
 ) **CO-DEBTOR IN CHAPTER 13 CASE**
    Debtors. )

Bobbi Lee Alwine, co-debtor in the above-captioned case, by her attorney, Todd Trierweiler & Associates, pursuant to 11 U.S.C. §1307(b), hereby move to dismiss her bankruptcy case for the following reasons:

1. A voluntary petition under Chapter 13 of the Bankruptcy Code was filed by the co-debtor on **November 10, 2009**.

2. This case has not been previously converted under section 706 or 1112 of the Bankruptcy Code.

1 – **MOTION TO DISMISS CO DEBTOR IN CHAPTER 13 CASE**

Todd Trierweiler & Associates, Attorneys at Law
4721 N.E. 102nd Avenue
Portland, Oregon 97220
Phone: (503) 253-7777  FAX: (503) 253-2959

Case 10-31675-rld13    Doc 34    Filed 03/02/10

3. Co-Debtor no longer wishes to proceed with the bankruptcy case.

WHEREFORE, Co- Debtor prays that this bankruptcy case be dismissed.

Respectfully submitted March 02, 2010.

        /s/ Todd Trierweiler
        Todd Trierweiler OSB #85348

2 - **MOTION TO DISMISS CO DEBTOR IN CHAPTER 13 CASE**

# CERTIFICATE OF SERVICE

I hereby certify that on _____ I mailed or served electronically a true and correct copy of the attached _____

_____ for _____,

Case Number _____, to the following:

The following parties were served electronically:

**Brian D. Lynch, Chapter 13 Trustee**
Portland, OR

**US Trustee**
Portland, OR

Dated:_____          /s/ Todd Trierweiler
                                                       Todd Trierweiler, OSB#85348
                                                       Attorney for Debtor