Notice and Motion for Relief from Stay Filed by Creditor Potlatch #1 Federal Credit Union (LARKINS, WILLIAM) (29)

Bobbi Lee Alwine - db     TODD TRIERWEILER _[signature]_

Eugene Tyrone Alwine - db

    Potlatch #1 Federal Credit Union -    WILLIAM L LARKINS _[check]_

Brian D. Lynch - tr

This matter came before the court _____

Matter Reported Settled by: _____

Order to Recite:

Stipulated on Record ____ Yes ____ No    Written Stipulated Order ____ Yes ____ No.

_____ (Agreed Arrearage).

____ Debtor to cure all post-petition arrears starting _____ at _____ per month for ____ months.

____ Debtor to continue regular monthly maintenance payments of _____ starting _____.

____ If Debtor fails to make regular monthly payments as scheduled or cure the arrears, Creditor to serve written notice of default on _____ Debtor and/or _____ Debtor's counsel. Debtor shall have _____ days to cure.

____ If not cured, including amounts due after date of the notice, then Creditor shall have RFS upon presentation of an Order and Certificate of Non-Compliance.

____ Only _____ notices _____ (duration) will be given for cure, then upon subsequent Default, RFS will be granted upon presentation of an Order and Certificate of Non-Compliance.

____ Creditor will file an amended proof of claim for fees and costs.

____ Debtor to cure arrears through the Chapter 13 Plan. File modified plan by _____.

____ Debtor required to maintain insurance. Provide proof of insurance by _____.

____ If case is dismissed or converted, trustee to disburse to Creditor any payments he is holding for the Creditor.

____ Mr/Ms. _____ to prepare order.

____ Reset on request.

____ Other: _____

____ Parties agree to extend 60 day time period of § 362(e)(2)(B) ____ Yes ____ No.

If NO, findings: _____

CONTINUED PRELIM HEARING ON _____.    ____ NOTICED IN COURT. ____ SEND NOTICE.

SET FOR FINAL HEARING ON 3/11/10 2:30PM.    X NOTICED IN COURT. ____ SEND NOTICE.

_(set in conjunction with confirmation hearing)_

ISSUES TO BE TRIED

____ Amount of arrears    ____ Valuation    ____ Adequate Protection

____ Is Cure Proposal Realistic? ____ Other (specify) _____