U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**March 3, 2010**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

*[signature]*
**U.S. Bankruptcy Judge**

OSVRCD (7/26/04) dtl

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Eugene Tyrone Alwine**
**Bobbi Lee Alwine**
  *Other names used by debtor:* Gene Alwine
Debtor(s)

) Case No. **09–39313–rld13**
)
) ORDER OF ADMINISTRATIVE
) SEVERANCE OF CASE; AND,
) REGARDING ONLY THE DEBTOR
) NAMED IN POINT 2 BELOW,
) ASSIGNMENT OF NEW
) BANKRUPTCY CASE NUMBER

It appearing the debtor, **Bobbi Lee Alwine, filed a motion to dismiss only that one debtor's case** now, therefore,

**IT IS ORDERED** that:

1. This case be administratively severed into two separate cases.

2. All future documents for filing that pertain to debtor **Bobbi Lee Alwine** must **BOTH**:

    a. show only the **NEW** case number **10–31675–rld13;** AND

    b. show only the name of the debtor **Bobbi Lee Alwine.**

3. All future documents for filing that pertain to debtor **Eugene Tyrone Alwine** must **BOTH**:

    a. show only the **ORIGINAL** case number **09–39313–rld13;** AND

    b. show only the name of the debtor **Eugene Tyrone Alwine.**

                                          ###