## Below is an order of the Court.

*[signature]*

**U.S. Bankruptcy Judge**

OD2 (4/1/09) dtl

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **Bobbi Lee Alwine,** xxx–xx–2596
Debtor(s)

)
)
) Case No. **10–31675–rld13**
)
) ORDER OF DISMISSAL
) AND ADMINISTRATIVELY
) CLOSING CASE
)

The Court finding that:

   **The debtor(s) filed a motion to dismiss this case.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE AND SHOULD HEREAFTER PAY ALL NET WAGES EARNED BY THE DEBTOR DIRECTLY TO THE DEBTOR.**

###

37

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Mar 05, 2010.
```
jdb         +Bobbi Lee Alwine,    28281 S. Dalmation Rd.,    Mulino, OR 97042-8806
smg         +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
             Salem, OR 97309-5013
smg         +US Attorney,    US Attorney,    1000 SW 3rd Ave #600,    Portland, OR 97204-2936
smg         +US Attorney General,    Department of Justice,    10th & Constitution NW,
             Washington, DC 20530-0001
cr          +Potlatch #1 Federal Credit Union,    c/o Larkins Vacura LLP,    621 SW Morrison St.,    Suite 1450,
             Portland, OR 97205-3817
98650510    +9-Mile Construction & Excavation Inc,    294 NW 2nd Ave. PMB 217,    Canby, OR 97013-3624
98650511    +Asset Systems,    PO Box 14550,    Portland, OR 97293-0550
98650534     CNH Capital America LLC,    PO Box 3600,    Lancaster, PA 17604-3600
98650514    +CNH Capital America LLC,    RA/CT Corporation System,    388 State St. STE 420,
             Salem, OR 97301-3581
98650515     CNH Capital America, LLC,    PO Box 894703,    Los Angeles, CA 90189-4703
98650543     CR Evergreen LLC,    MS 550,    PO Box 91121,    Seattle WA 98111 9221
98650516    +Columbia River Bank,    PO Box 1050,    The Dalles, OR 97058-9050
98650517    +Columbia River Bank,    President Terry Cochran,    PO Box 1050,    The Dalles, OR 97058-9050
98650542    +Columbia River Bank,    c/o Andrew R. Naylor, Saalfeld Griggs, P,    P.O. Box 470,
             Salem, OR 97308-0470
98650539    +Fia Card Services, NA As Successor In Interest to,    Bank of America, NA and Mbna America Ban,
             1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
98650518    +GMAC,    PO Box 78234,    Phoenix, AZ 85062-8234
98650519    +GMAC/General Motors Accept. Corp.,    c/o CT Corporation System RA,    388 State Street, Suite 420,
             Salem, OR 97301-3581
98650541    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
98650537    +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
98650523    +MT Scott Ent & Audiology,    PO Box 848573,    Boston, MA 02284-8573
98650524    +Multnomah County Itax,    Attn: Myndi Fertile,    PO Box 279,    Portland, OR 97207-0279
98650525    +Northern Escrow,    PO Box 74176,    New River, AZ 85087-1002
98650526    +Northshore Agency Inc.,    PO Box 8901,    Westbury, NY 11590-8901
98650528    +Open Advanced MRI,    PO Box 66500,    Portland, OR 97290-6500
98650538    +Palisades Collections, LLC,    Vativ Recovery Solutions LLC,
             As Agent For Palisades Collections, LLC,    PO Box 19249,    Sugar Land TX 77496-9249
98650529    +Potlatch #1 FCU,    PO Box 897,    Lewiston, ID 83501-0897
98650530    +Potlatch #1 Federal FCU,    654 Southway Ave,    Lewiston, ID 83501-3783
98650531    +Wells Fargo,    PO Box 30427,    Los Angeles, CA 90030-0427
98650535    +Willamette Falls Hospital,    Asset Systems, Inc,    POB 14550,    Portland, OR 97293-0550
98650532    +Worldmark, The Club,    9805 Willows Rd.,    Redmond, WA 98052-2540
```

The following entities were noticed by electronic transmission on Mar 03, 2010.
```
smg         +EDI: ORREV.COM Mar 03 2010 19:13:00      ODR Bkcy,    955 Center NE #353,    Salem, OR 97301-2553
98650513    +EDI: BANKAMER.COM Mar 03 2010 19:13:00      Bank of America,    PO Box 851001,
             Dallas, TX 75285-1001
98650512    +EDI: BANKAMER.COM Mar 03 2010 19:13:00      Bank of America,    Consumer Financial Services,
             NC4-105-03-14,    PO Box 26012,    Greensboro, NC 27420-6012
98650533    +EDI: GMACFS.COM Mar 03 2010 19:13:00      GMAC,    P.O. Box 130424,    Roseville, MN 55113-0004
98650521    +EDI: HFC.COM Mar 03 2010 19:13:00      HSBC,    PO Box 60107,    City Of Industry, CA 91716-0107
98650537    +EDI: BASSASSOC.COM Mar 03 2010 19:13:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
98650520    +EDI: HFC.COM Mar 03 2010 19:13:00      Household Bank,    PO Box 60102,
             City Of Industry, CA 91716-0102
98650522     EDI: IRS.COM Mar 03 2010 19:13:00      IRS,    PO Box 21126,    Philadelphia, PA 19114
98650527    +EDI: ORREV.COM Mar 03 2010 19:13:00      ODR-Bankruptcy,    c/o Bankruptcy Unit,
             955 Center Street, NE Room 353,    Salem, OR 97301-2553
98650540    +EDI: WFFC.COM Mar 03 2010 19:13:00      Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,
             MAC #X7801-013,    Ft Mill, SC 29715-7203
                                                                                    TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          CNH Capital America LLC
cr          Columbia River Bank
cr          GMAC
cr          HSBC Bank Nevada, N.A.
cr          Wells Fargo Bank NA
                                                                                    TOTALS: 5, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

eninger

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2010**                     **Signature:**     _Joseph Speetjens_